

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00420-CV

| | | |
|---|---|---|
| GARTH RAYMOND PROIETTI, Appellant | § | On Appeal from the 322nd District Court |
| | § | of Tarrant County (322-587262-15) |
| V. | § | March 28, 2019 |
| LORIE ANN PROIETTI, Appellee | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that Appellant Garth Raymond Proietti shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM